IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01876-REB-BNB

CHRISTOPHER KIELIAN,

Plaintiff,

v.

SUPERIOR ASSET RECOVERY, and
DOES 1-10, inclusive,

Defendants.

_____

## ORDER
_____

This matter arises on plaintiff's **Motion to File an Amendment to the Complaint** [Doc. # 11, filed 1/13/2011] (the "Motion to Amend"). A proposed First Amended Complaint is attached to the Motion to Amend.

Service of process has not been made. Consequently, amendment is permitted as a matter of course under Fed. R. Civ. P. 15(a)(1).

IT IS ORDERED that the Motion to Amend [Doc. # 11] is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint [Doc. # 11-1].

Dated January 20, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge